

RECEIVED
IN MONROE, LA
MAY 5 - 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 06-30039-05 |
| VERSUS | * | JUDGE JAMES |
| AHMED ALI NAGI<br>a/k/a MS BAKER | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court rejects the guilty plea of the defendant, Ahmed Ali Nagi. The matter will proceed to trial as scheduled.

THUS DONE AND SIGNED this 5 day of May, 2008, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE